RECEIVED
CLERK'S OFFICE

2014 FEB 28 AM 11:41

U.S. ~~~~~~~~~ GEORGIA
MIDDLE ~~~~~~~~~
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
____MACON____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

DONOVAN PONDER
2348 BRISTOL DRIVE
MACON, GA. 31217

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

DAVID DAVID; SHERIFF
CLAY WILLIAMS; dep. SHERIFF
Bibb County, Et al Dep Eddy
Bibb County, GA.

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

5:14-CV-088

I. GENERAL INFORMATION

1. Your full name and prison number ___DONOVAN PONDER___
2. Name and location of prison where you are now confined _____
3. Sentence you are now serving (how long?)_____
   (a) What were you convicted of?_____
   (b) Name and location of court which imposed sentence_____
   (c) When was sentence imposed?_____
   (d) Did you appeal your sentence and/or conviction?  Yes☐  No☒
   (e) What was the result of your appeal?_____

(f) Approximate date your sentence will be completed_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____
_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____
_____     _____
_____     _____
_____     _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? **WALMART; Zebulon Rd**

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐    No ☑

(2) If Yes, what was the result? _____
_____
_____
_____

(3) If No, explain why not: **I SPOKE TO MAJ. BOATWRIGHT OF BIBB County SHERIFF Dept. while INCARCERATED Nov. 17-18-2013**

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
SPOKE TO MAJ BOATWRIGHT — — 2013
AT BIBB LAWENFORCEMENT Center

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result? _____

(2) If No, explain why you did not appeal: Did not see him AGAIN (MAJ BOATWRIGHT) I WAS RELEASED ON bond

10. In what other institutions have been confined? Give dates of entry and exit.

[lines crossed out]

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
2348 BRISTOL DRIVE
MACON. GA. 31217

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
DAVid DAVid: SHERIFF BIBB COUNTY
CLAY WiLLiAMS: DEPUTY SHERIFF BIBB COUNTY
"JOHN DOE" Eddy: DEPUTY SHERIFF BIBB COUNTY

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

   WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __WALMART - ZEBULON ROAD STORE__

   WHEN do you allege this incident took place? __NOV. 17, 2013  5:30 PM__

   WHAT happened? __SEE EX: 1__

#13   STATEMENT OF CLAIM

On Nov. 17, 2013 approximately 530pm plaintiff was detain by an ~~Inventory~~ Control clerk for alledgelly shoplifting at Wal-Mart Zebulon Road Store. Inventory Control Clerk physically detain plaintiff and confine plaintiff to a lock and secure office-room. During this period of questioning, plaintiff who is visionally-impared and photo-sensitive had a medical situation. The Ambulance and Bibb County Sheriff was called by one of the Inventory Control Clerk.

Dep. Sheriff Eddy and C. Williams arrived. dep. Eddy asked what was going-on, the clerk responded that, "we was trying to get him (plaintiff) to calm/sit down." Dep. Williams attacked plaintiff and slam plaintiff onto chairs and the cement floor. Dep. Williams stumped onto plaintiff head then stood with one foot on plaintiff head and the other foot on plaintiff left shoulder (backside). Dep. Williams, stated, "he (plaintiff) will stay down now."

The Ambulance arrive and one of the EMT asked, what was wrong with him (plaintiff)? One of the clerks or Sheriffs stated he (plaintiff) fainted. Plaintiff, (I was examine by EMT's and then transported to B.L.E.C. by Dep. Sheriff Eddy..

Once at Bibb Law Enforcement Center the medical intake person refuse plaintiff admission to Bibb LEC until medically cleared by Medical Center of Central GA. MCCG. I was transported to the MCCG by Dep Sheriff Eddy.

I was release from the MCCG approximately 04:30 AM Tues Morning Nov. 18, 2013 and transported to Bibb LEC and booked.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

"John Doe" Eddy. 668 Oglethrope ST. Bibb Law Enforcement Ct.
"John Doe" Inventory Control #1
John Doe Inventory Control #2
SEE ATTACHED:
14(a) + 14(b)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Plaintiff: This court to award him pain and suffering along with other awards the court deem approximate punitive, compenstory, norminal and other moneytarial damages.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 28 day of FEB, 20 14.

_____
PLAINTIFF

14(A)

Dep. Sheriff Eddy witness Plaintiff being beaten by Dep. Sheriff Williams. Also Dep. Sheriff Eddy was present when Plaintiff was examine by EMT's at WALMART.

#14(b)

John Doe Inventory Control Clerk 1+2; called the ambulance because of medical condition of plaintiff. John Doe #1+2 was in the room during the beating of plaintiff by Dep Sheriff Williams.