IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DONOVAN PONDER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:14-CV-88-HL-MSH |
| | : | 42 U.S.C. § 1983 |
| Sheriff DAVID DAVIS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

On February 28, 2014, Plaintiff filed the current *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and moved to proceed *in forma pauperis* (IFP). (ECF Nos. 1 & 2.) Plaintiff was ordered to recast his complaint and supplement his motion for IFP status, which he did on April 15, 2014. (ECF Nos. 6 & 7.) Based on Plaintiff's motion and affidavit, the Court finds that Plaintiff is unable to pre-pay the filing fee. His motion to proceed IFP (ECF No. 7) is therefore GRANTED. His initial motion (ECF No. 2) is DISMISSED AS MOOT.

Therefore, it is ORDERED that service be made on these defendants and that they file an Answer or such other response as may be appropriate under Rule 12 of the Federal Rules of Civil Procedure. Defendants are further reminded of the duty to avoid unnecessary service expenses and of the possible imposition of expenses for failure to waive service pursuant to Rule 4(d).

SO ORDERED, this 16th day of April, 2014.

                                          /s/ Stephen Hyles
                                          UNITED STATES MAGISTRATE JUDGE